JOSEPH W. SUTTON, APPELLANT, v. THE TOWNSHIP OF MAURICE RIVER, IN THE COUNTY OF CUMBERLAND, RESPONDENT.

Argued June 20, 1919—Decided November 17, 1919.

In view of the *Certiorari* act of 1903, section 14, a review of the sale for unpaid taxes, and proceedings upon which it was based, is limited to three years from the date of sale.

On appeal from the Supreme Court, in which the following *per curiam* was filed:

"The writ brings up a sale for unpaid taxes and proceedings on which such sale was based.

"Several interesting questions are argued, but, as we view the case, it is unnecessary to discuss them, as the matter is controlled by section 14 of the *Certiorari* act of 1903, limiting a review of this character to three years from the date of the sale. *Bozarth* v. *Egg Harbor*, 85 *N. J. L.* 412. The later case of *Milsch* v. *Riverside*, 86 *Id*. 603, appears to be inapplicable, since the limitation is invoked by counsel in this court and no constitutional right seems to be involved.

"The writ will be dismissed."

For the appellant, *Walter H. Bacon.*

For the respondent, *Louis H. Miller.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons set forth in the opinion of the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, TRENCHARD, BERGEN, KALISCH, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER, ACKERSON, JJ. 11.

*For reversal*—BLACK, J. 1.